

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

___

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

GLB/LTR

June 24, 2025

Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
    & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Narik Wilson v. United States*, Civ. No. 24-7864

Dear Judge Wigenton:

    The Government respectfully requests an extension of time until August 1, 2025, to respond to the Petitioner's motion.

    Thank you for your consideration.

                            Respectfully submitted,

                            ALINA HABBA
                            United States Attorney

                            *s/George L. Brandley*
                            By: George L. Brandley
                            Assistant U.S. Attorney